INDIANA DEPARTMENT OF STATE REVENUE, INHERITANCE TAX DIVISION, Appellant (Claimant Below),

v.

ESTATE OF John S. PEARSON, Jr., Deceased, Appellee (Respondent Below).

No. 49S02–8804–CV–395.

Supreme Court of Indiana.

April 13, 1988.

### ORDER

### GRANTING PETITION FOR TRANSFER

THE COURT now grants appellee's Petition for Transfer. The decision of the Court of Appeals reported at 498 N.E.2d 990 is adopted and affirmed. Appellate Rule 11(B)(3), Ind.Rules of Procedure.

SHEPARD, C. J., and GIVAN, PIVARNIK and DICKSON, JJ., concur.

DeBRULER, J., votes to grant and affirm trial court's dismissal of Department's claim.